UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL WORKERS
ORGANIZATIONAL TRUST, *et al.*,

          Plaintiffs,

       v.

D.J. MECHANICAL, INC.,

          Defendant,

       v.

WESTERN VENTURES CONSTRUCTION
INC.,

          Garnishee.

Case No. MC19-0037RSL

ORDER TO ISSUE WRIT OF
GARNISHMENT

This matter comes before the Court on plaintiff's "Applicant Affidavit for Writ of

Garnishment" for property in which the defendant/judgment debtor, D.J. Mechanical, Inc., has a

substantial nonexempt interest and which may be in the possession, custody, or control of the

garnishee, Western Ventures Construction, Inc. The Court having reviewed the record in this

matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment

submitted by plaintiff's counsel on March 14, 2019, at Dkt. # 1-3.


    Dated this 19th day of March, 2019.

                        Robert S. Lasnik
                        United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT