UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL
WORKERS ORGANIZATIONAL TRUST,
*et al.*,

     Plaintiffs,

  v.

D.J. MECHANICAL, INC.,

     Defendant,

WESTERN VENTURES
CONSTRUCTION, INC.,

     Garnishee.

NO.  MC19-0037RSL

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE
ANSWER

<u>JUDGMENT SUMMARY</u>

| | |
|---|---|
| Judgment Creditor: | Northwest Sheet Metal Workers Organizational Trust, et al. |
| Judgment Debtor: | D.J. Mechanical, Inc. |
| Garnishee Defendant: | Prime Sheet Metal, LLC |
| Garnishment Judgment Amount: | $29,188.06 |
| Fees and Costs re Garnishment: | $  0.00 |
| Total Judgment Amount: | $29,188.06 |
| Attorney for Judgment Creditor: | Noah S. Warman |
| | McKanna Bishop Joffe, LLP |

1    IT APPEARING that Judgment Creditor has a judgment unsatisfied against Judgment

2    Debtor D.J. Mechanical, Inc., in the nonexempt amount of $402,858.43; that Judgment

3    Creditor has not requested an award of costs or attorney fees in this garnishment action; that

4    Garnishee holds funds of the Judgment Debtor in the sum of $29,188.06; that more than

5    twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee's

6    answer thereto; and that the Writ of Garnishment and Application for Writ of Garnishment

7    including a copy of the underlying judgment were served upon the Judgment Debtor by

8    certified mail; now, therefore, it is hereby

9    ORDERED, ADJUDGED, AND DECREED that the Clerk of Court shall enter

10   judgment in favor of Plaintiff/ Judgment Creditor and against Garnishee in the amount of

11   $29,188.06; and it is further

12   ORDERED, ADJUDGED, AND DECREED that Garnishee shall pay its judgment

13   amount to the Registry of the Court, and, upon such payment, the Clerk of the Court shall

14   enter full satisfaction of judgment against the Garnishee and shall draw a check on the funds

15   on deposit in the principal amount of $29,188.06, plus all accrued interest, minus any

16   statutory user fees, payable to Judgment Creditor, c/o McKanna Bishop Joffe, LLP, 1635 NW

17   Johnson Street, Portland, OR 97209, and mail or deliver the check to McKanna Bishop Joffe,

18   LLP, ATTN: Noah S. Warman; and it is further

19

20       //

21

22

ORDERED, ADJUDGED, AND DECREED that, upon receipt of said payment, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant/Judgment Debtor.

DATED this 13th day of June, 2019.

*[signature]*

Robert S. Lasnik
Unites States District Judge